JS-6

**USDC No. CV-2:21-cv-04894-JGB**

cc: USBK

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>JOHN MARTIN KENNEDY,<br><br>    Debtor. | USDC No. 2:21-cv-04894-JGB<br><br>Bk. No.: 2:20-bk-15954-NB<br><br>Chapter 11 |
| YUNUEN CAMPOS,<br><br>    Appellant,<br><br>v.<br><br>JOHN MARTIN KENNEDY,<br><br>    Appellee. | |

On Appeal from the United States Bankruptcy Court
for the Central District of California
Hon. Neil Bason

**ORDER GRANTING DISMISSAL
OF APPEAL <u>WITHOUT</u> PREJUDICE**

Lauren A. Dean (SBN: 174722)
MAGNANIMO DEAN LAW, APC
5850 Canoga Ave., Suite 400
Woodland Hills, California 91367
Telephone: (818) 305-3450; Fax: (818) 305-3451
lauren@magdeanlaw.com
*Attorneys for Appellant Yunuen Campos*

1

## **ORDER OF DISMISSAL**

Having read and considered the Stipulation for Dismissal Without Prejudice entered into between Creditor and Appellant Yunuen Campos and Reorganized Debtor and Appellee John Martin Kennedy, the Court hereby grants the stipulation and dismisses the appeal without prejudice, each party to bear their own fees and costs.

DATED: April 20, 2022

_____
Hon. Jesus G. Bernal
United States District Judge